IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ARTHUR WADE HOLMES,                  )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )     CIVIL ACTION NO. 1:19-CV-956-ALB
                                     )
HOUSTON COUNTY, et al.,              )
                                     )
          Defendants.                )

## ORDER

On January 13, 2020, the Magistrate Judge entered a Recommendation (Doc. 4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to file necessary financial information as ordered by this court.

A separate Final Judgment will be entered.

DONE this 5th day of February, 2020.


_____/s/ Andrew L. Brasher_____
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE